**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:                                                                 Case No. 2330506
KIMBERLY MICHELLE GRACE                      Chapter 13
3678 CARRIAGE OAKS DR
MONTGOMERY, AL 36116

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                            STAFFING SOLUTIONS LTC LLC
                            ATTN PAYROLL
                            3687 BARBADOS AVE
                            HOLLYWOOD, FL 33026

The above employer is authorized to pay all future wages to the debtor.

Done this Monday, June 5, 2023.

                                                                       */s/ Christopher L. Hawkins*
                                                                       Christopher L. Hawkins
                                                                       United States Bankruptcy Judge

cc: Kimberly Michelle Grace